IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN - 8 2010

JAMES N. HATTEN, CLERK
By: _____

| | |
|---|---|
| MICHAEL G. JIMINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:09-CV-2686-TCB |
| CITY OF ALPHARETTA, GEORGIA; ) | |
| GARY D. GEORGE, Individually and in ) | |
| his Personal Capacity and his Official ) | |
| Capacity as Director of Public Safety for ) | |
| the City of Alpharetta, ) | |
| ARTHUR LETCHAS, Individually and in ) | |
| his Personal Capacity and his Official ) | |
| Capacity as Mayor of Alpharetta, Georgia, ) | |
| TODD G. HOOD, DOUG FRENCH, ) | |
| RON WALLACE, and CHRISTOPHER ) | |
| BREEN, Individually and in their Personal ) | |
| Capacities and Official Capacities as ) | |
| Officers of the Alpharetta Police ) | |
| Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF AUTHENTICATION

The undersigned certifies that the attached cd-rom is a true, accurate and complete copy of the taser cam video, made on September 2, 2007, concerning Michael G. Jiminez, which was made and kept by the City of Alpharetta in the course of its business.

The undersigned further certifies that he was present when Officer Todd G. Hood discharged his taser into the chest of Michael G. Jiminez and that the attached video accurately depicts the events as they actually occurred. The cd-rom, with this certificate, was delivered to Sun S. Choy, Esq., attorney for defendants.

This certificate is given in lieu of the personal appearance of the person certifying and in connection with the above-styled lawsuit.

The below signed affirms the foregoing is true and correct to the best of the undersigned's personal belief and knowledge under penalty of perjury.

By: _____
Doug French
Officer, City of Alpharetta Police Department

Sworn to and subscribed
before me this 24th day
of May, 2010.

Notary Public

_____

My Commission Expires:

6|5|11

## CERTIFICATE OF AUTHENTICATION OF RECORDS

THE UNDERSIGNED certifies that he or she is the person responsible for keeping the records for the Alpharetta Police Department, and that the attached records are true and accurate copies of the records of the Alpharetta Police Department, concerning Michael G. Jiminez, which were kept by or for the Alpharetta Police Department, that said records were made in the regular course of business for the Alpharetta Police Department, and that it was the regular course of such business to make such records at the time of the transactions, occurrences, or events recorded therein, or within a reasonable time thereafter.

THIS CERTIFICATE is given pursuant to Georgia Laws and in compliance with O.C.G.A. § 9-11-34(c)(2) in lieu of the personal appearance of the person certifying hereto, and in connection with a case or proceeding involving Michael G. Jiminez.

_____
Custodian of Records of
Alpharetta Police Department

Sworn to and subscribed before me this 12 day of May, 2010

_____
Notary Public
My commission expires: 5-25-12   [SEAL]