IN THE NORTH DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL G. JIMINEZ, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>V. )<br>)<br>)<br>CITY OF ALPHARETTA, GEORGIA )<br>GARY D. GEORGA, Individually and in )<br>His Personal Capacity and his Official )<br>Capacity as Director of Public Safety for )<br>the City of Alpharetta, )<br>ARTHUR LETCHAS, Individually and in )<br>His Personal Capacity and his Official )<br>Capacity as Mayor of Alpharetta, Georgia )<br>TODD G. HOOD, DOUCH FRENCH, )<br>RON WALLACE, and CHRISTOPHER )<br>BREEN, Individually and in their Personal )<br>Capacities and Official Capacities as )<br>Officers of Alpharetta Police )<br>Department ) | CIVIL ACTION FILE NO:<br>1:09-CV-2686 TCB |

## ORDER

The within and foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD having been read and considered by this Court, and the requirements of the Uniform Superior Rule 4.3 made applicable to the State Courts have been complied with, it is hereby ORDERED that the Clarence R. Johnson, Jr. of Clarence Johnson, P.C., is hereby permitted to withdraw as counsel of records for Plaintiff regarding this case; Clarence R. Johnson, Jr. shall have no further responsibilities towards representation of Plaintiff, Michael Jiminez regarding this matter.

The Clerk of Court is hereby directed to serve all notices and other court papers regarding Plaintiff to:

>Michael Jiminez
>3227 Misty Creek Drive
>Decatur, Georgia 30048

SO ORDERED this 29th day of December, 2010.

_____
Judge
United States District Court,
Northern District of Georgia, Atlanta Division